UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAKISHA BLAKELY,

    Plaintiff,                                        Case No. 15-cv-11669
                                                  Hon. Matthew F. Leitman

v.

CHIMKO AND ASSOCIATES, P.C.,

    Defendant.

_____/

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

Plaintiff Nakisha Blakely ("Plaintiff") has brought an action against Defendant Chimko and Associates, P.C. ("Chimko") alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. (*See* Compl., ECF #1 at ¶ 2, Pg. ID 1.) On February 4, 2016, the Court entered a stipulated order (the "February 4 Order") granting the motion by Plaintiff's prior counsel to withdraw and providing that "if no appearance by an attorney is filed on behalf of Plaintiff within 45 days of the date of service, this matter will be subject to dismissal without further action required by Defendant." (*See* ECF #14 at 2, Pg. ID 41.)

To date, no attorney has filed an appearance on behalf of Plaintiff and more than 45 days have lapsed since the February 4 Order's date of service. Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

                                                    s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: April 1, 2016

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 1, 2016, by electronic means and/or ordinary mail.

                                      s/Holly A. Monda  
                                      Case Manager  
                                      (313) 234-5113